UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                        Chapter: 13
                                                Case No.: 18-41512
                                                Judge: Gretchko

**Paul E. Martens,**

                         Debtor(s)
_____/

## DEBTOR'S POST-CONFIRMATION PLAN MODIFICATION

Debtor, through counsel, HS&A, P.C., pursuant to F.R.Bankr.P.3015(g), summarizes the proposed modification as follows:

1. Debtor filed Chapter 13 bankruptcy on February 6, 20218.

2. Debtor's Chapter 13 plan was confirmed on June 30, 2018 for a 60 month period with a repayment to class nine general unsecured creditors at 65%.

3. Since the confirmation of Debtor's Chapter 13 Plan Debtor has filed his 2018 through 2021 Federal Income Taxes (see attached) and is entitled to a total refund of all years in the amount of $7735.00.

4. Debtor's income has also increased during the term of the Chapter 13 Bankruptcy Plan wherein he can afford to pay 100% back to Class Nine General Unsecured Creditors.

5. With the remittance of the Federal Tax Refunds, which Debtor will remit in full by the expiration of the plan, and his regular ongoing Chapter 13 Plan Payments General Unsecured Creditors will receive 100% of their duly filed claims.,

6. Debtors Class Nine General Unsecured Creditors will still receive the 100% of their duly filed claims. Further Classes One, Two, Three, Four, Five, Six, Seven & Eight will not be affected.

7. In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

Wherefore, debtor requests this court increase the percentage of repayment to the Class Nine General Unsecured Creditors to 100%.

Dated: June 16, 2022

/s/ Marguerite A. Hammerschmidt
Marguerite A. Hammerschmidt (P53908)
Timothy P. Stickradt (P57110)
Attorneys for Debtor
26676 Woodward Ave.
Royal Oak, MI 48067
 (248) 988-8335
admin@hammer-stick.com

United States Bankruptcy Court
Eastern District of Michigan

In re:
Paul E. Martens                                    Hon: Gretchko
                                                   Case No. 18-41512
                  Debtor.                          Chapter 13
_____/

<u>Notice of Deadline to Object to Proposed Chapter 13 Plan Modification</u>

   The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

   If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

   If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

   Objections to the attached proposed chapter 13 plan modification shall be served on the following:

      HS&A, P.C., 26676 Woodward Ave., Royal Oak, MI 48067

      Kirspen S. Carroll, 719 Griswold St., Suite 1100, Detroit, MI 48226

                <u>/s/ Marguerite Hammerschmidt</u>
                Marguerite Hammerschmidt P53908
                Attorney for Debtors
                26676 Woodward Ave.
                Royal Oak, MI 48067
                (248) 988-8335

Dated: June 16, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                         Chapter: 13
Case No.: 18-41512
Judge: Gretchko

**Paul E. Martens,**
                                        Debtor(s)
_____/

## PROOF OF SERVICE

On the 16th day of June 2022, a copy of the Notice of Plan Modification, Motion to Modify Plan, Proposed Order, Proposed Worksheet (Exhibit A), Proposed Liquidation Analysis (Exhibit B), 2018-2021 Federal Tax Returns (Exhibit C) Plan Calc and this Proof of Service were served electronically or by first class mail to the following:

U.S. Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226;

Krispen S. Carroll, 719 Griswold St., Suite 1100, Detroit, MI 48226;

All Creditors on the Attached Court Matrix;

                                                             /s/ Marguerite Hammerschmidt
                                                             Marguerite Hammerschmidt, employee of
                                                             HS&A, P.C.
                                                             26676 Woodward Ave.
                                                             Royal Oak, MI 48067
                                                             (248) 988-8335

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:                                             Chapter: 13
                                                           Case No.: 18-41512
                                                           Judge: Gretchko

**Paul E. Martens,**
            Debtor(s)
_____/

## ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN

A Notice of Proposed Modification to Chapter 13 Plan was filed and served on all parties pursuant to LBR 9014; and the Court having found that no objections were received and that the plan modifications comply with 11 USC 1325 and 1329:

**NOW THEREFORE**;

**IT IS ORDERED THAT** that the percentage of repayment to the Class Nine General Unsecured Creditors be increased to 100% and

**IT IS FURTHER ORDERED THAT** in all other respects, the Order Confirming Plan, Entered and dated June 30, 2018, as last amended, shall remain in full force and effect.